UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                        Case Number: 13-18527 JHW

Debtor: Oscar L. Cortes & Wanda Serrano Cortes

| Check Number | Creditor | Amount |
|---|---|---|
| 1837856 | Ocwen Loan Servicing, LLC | 3418.67 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  March 11, 2014